| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | CHARLES SHELDON (Bar No. 155598) |
| 2 | charles.sheldon@sdma.com |
| | KATHERINE P. GARDINER (Bar No. 215542) |
| 3 | katherine.gardiner@sdma.com |
| | DEREK S. JOHNSON (Bar No. 220988) |
| 4 | derek.johnson@sdma.com |
| | One Market Plaza |
| 5 | Steuart Tower, 8th Floor |
| | San Francisco, California 94105 |
| 6 | Telephone: (415) 781-7900 |
| | Facsimile: (415) 781-2635 |
| 7 | |
| | Attorneys for Defendant |
| 8 | GENERAL ELECTRIC COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAZEL KING, individually and as successor in interest to KENNETH KAY KING, deceased; LORI KING; TERI PARSLOW; and KERRY KING<br><br>Plaintiffs,<br><br>vs.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>Defendants. | CASE NO. 3:10-cv-4921 JSW<br><br>**DEFENDANT GENERAL ELECTRIC COMPANY'S NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendant General Electric Company ("GE"), certifies that (a) GE has no parent corporation; (b) its shares are publicly traded on the NASDAQ; and (c) no publicly held corporation holds more than 10% or more of its stock.

///

///

///

///

///

SF/1881551v1

-1-

GE'S NOTICE OF INTERESTED PARTIES

1  These representations are made to enable the Court to evaluate possible disqualification
2  or recusal.

3  DATED: November 23, 2010        SEDGWICK, DETERT, MORAN & ARNOLD LLP

4
5                                  By: _____
6                                       Katherine P. Gardiner
                                         Attorneys for Defendant
7                                        GENERAL ELECTRIC COMPANY

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On November 24, 2010, I served the within document(s):

**DEFENDANT GENERAL ELECTRIC COMPANY'S NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by having personally delivered by an authorized agent of WorldWide Attorney Services, Inc., the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via Overnite Express.

Eric Brown, Esq.                                            Attorneys For Plaintiff(s)
Deblase Brown Eyerly LLP
10990 Wilshrie Blvd., Suite 1060
Los Angeles, CA  90024
Tel: 424-901-0350
Fax: 310-694-9810

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 24, 2010, at San Francisco, California.

_____
Christine P. Williams