MORGAN, LEWIS & BOCKIUS LLP
JOSEPH DUFFY, State Bar No. 241854
AMY J. TALARICO, State Bar No. 209112
KRISTINA F. ALMQUIST, State Bar No. 246157
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
YARWAY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAZEL KING, individually and as successor-in-interest to KENNETH KAY KING, Deceased; LORI KING; TERI PARSLOW; and KERRY KING,<br><br>Plaintiffs,<br><br>vs.<br><br>A.O. SMITH CORPORATION, et al.,<br><br>Defendants. | Case No. 3:10-cv-04921-JSW<br><br>(San Francisco Superior Court Case No. CGC-09-275285)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22055518.1

STIPULATION AND ORDER TO DISMISS DEFENDANT YARWAY CORPORATION WITH PREJUDICE

|   |   |
|---|---|
| 1 | **STIPULATION TO DISMISS DEFENDANT** |
| 2 | **YARWAY CORPORATION WITH PREJUDICE** |

COME NOW Plaintiffs Hazel King, individually and as successor-in-interest to Kenneth Kay King, Deceased; Lori King; Teri Parslow; and Kerry King ("Plaintiffs") and Defendant Yarway Corporation ("Yarway"), who file the following joint stipulation:

WHEREAS, Plaintiffs have agreed to dismiss Yarway, from this action:

IT IS HEREBY STIPULATED by Plaintiffs and Yarway that all claims against Yarway shall be, and hereby are, dismissed with prejudice pursuant to Rule 41 of the Federal Rule of Civil Procedure.

BRENT COON & ASSOCIATES

_/s/ Richard A. Brody_
Richard A. Brody, Esq.
44 Montgomery Street, Suite 800
San Francisco, CA 94104
*Attorney for Plaintiffs*

Date: 11/18/10

MORGAN LEWIS & BOCKIUS, LLP

_/s/ Kristina F. Almquist_
Kristina F. Almquist
California State Bar No. 246157
One Market, Spear Street Tower
San Francisco, CA 94105
*Attorney for Yarway Corporation*

Date: 11/18/10

## [PROPOSED] ORDER

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that The Court has considered the stipulation submitted by Plaintiffs and Yarway, jointly requesting an order dismissing with prejudice Plaintiffs' action against Yarway.

Good cause appearing, it is hereby ORDERED that:

1. The stipulation of these parties is approved.

2. Plaintiffs' action against Yarway, is hereby dismissed with prejudice with a waiver of costs.

Date: November 24, 2010

_/s/ Jeffrey S. White_
Hon. Jeffrey S. White
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22055518.1

1

STIPULATION AND ORDER TO DISMISS DEFENDANT YARWAY CORPORATION WITH PREJUDICE