Richard A. Brody, Esq. (SBN 100379)
rick.brody@bcoonlaw.com
BRENT COON & ASSOCIATES
44 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: 415.489.7420
Facsimile: 415.489.7426

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAZEL KING, individually and as successor in interest to KENNETH KAY KING, Deceased; LORI KING; TERI PARSLOW; and KERRY KING,<br><br>    Plaintiffs,<br><br>v.<br><br>A.O. SMITH CORPORATION;<br><br>    Defendants. | Case No. 3:10-cv-4921 JSW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO DISMISS DEFENDANT EATON HYDRAULICS LLC, FORMERLY KNOWN AS VICKERS, INC.**<br><br>Complaint Filed: July 28, 2009<br>(SFSC Case No. CGC-09-275285)<br>Trial Date: Not Set |

    **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs Hazel King, et al. and counsel for Defendant Eaton Hydraulics LLC, formerly known as Vickers, Inc. that the Complaint of Plaintiffs Hazel King, et al., Case No. 3:10-cv-4921 JSW in the above action may be and is hereby dismissed without prejudice as to this one defendant only.

    The parties shall each bear their own costs.

Dated: December 21, 2010

                                                              _____
                                                              RICHARD A. BRODY, ESQ/CBN 100379
                                                              BRENT COON & ASSOCIATES
                                                               44 MONTGOMERY STREET, SUITE 800
                                                               SAN FRANCISCO, CA 94104
                                                               rick.brody@bcoonlaw.com
                                                               P: (415) 489-7420    F: (415) 489-7426
                                                               Attorney for Plaintiffs Hazel King, et al.

1

Dated: 12/21, 2010

ARASH NEMATOLLAHI, ESQ. CBN 225306
POND NORTH
350 S. GRAND AVENUE
SUITE 3300
LOS ANGELES, CA 90071
P: (213) 617-6170  F: (213) 623-3594
kjamison@pondnorth.com
Attorney for Defendant EATON HYDRAULICS LLC, FORMERLY KNOWN AS VICKERS, INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS HAZEL KING, ET AL.'S COMPLAINT AS TO DEFENDANT EATON HYDRAULICS LLC, FORMERLY KNOWN AS VICKERS, INC. IS DISMISSED WITHOUT PREJUDICE. EACH PARTY IS TO BEAR ITS OWN COSTS.

Dated: December 22, 2010

HONORABLE JEFFREY S. WHITE
Judge of the United States District Court